The Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUMANE SOCIETY-WESTERN REGION, d/b/a HAPPY PAWS FARMS, a Washington non-profit corporation,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>SNOHOMISH COUNTY, a political subdivision of the State of Washington,<br><br>　　　　　　　　Defendant. | NO. C05-0377-MAT<br><br>[~~PROPOSED~~]<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR OVERLENGTH BRIEF |

Defendants moved the Court for an Order granting Defendants an Overlength Brief. This Court having reviewed the Defendants' motion, as well as the pleadings and documents on file in this case, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

Defendants Motion for Over length Brief is GRANTED and Defendant is permitted to file a Summary Judgment brief not to exceed 34 pages.

DATED this 22nd day of May, 2007.

　　　　　　　　　　　　s/ Mary Alice Theiler
　　　　　　　　　　　　United States Magistrate Judge

*Presented by:*

JANICE E. ELLIS
Snohomish County Prosecuting Attorney

_____
HILLARY J. EVANS, WSBA 35784
Deputy Prosecuting Attorney
Attorney for Defendant